IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. WMN-01-147 |
| | * | |
| REAL PROPERTY LOCATED AT | * | |
| 31 WALLMAN ROAD, OAKLAND, | * | |
| MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 24th day of July 2001 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired; and the owner has agreed to forfeit and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Mabel Jane Bowling and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Marshal Service shall dispose of the defendant property in accordance with law.

_____
William M. Nickerson
United States District Judge